07-14-390-CR

# Motion To Extend Time To File Brief

FILED
JAN 2 3 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG CLERK

## To the Honorable Court of Appeals,

I April Hope Gallardo am requesting an extension to file a pro se brief in cause number A3159-0801 in the 64th District Court of Castro County, Texas. I have a full time job at Slaton Care Center and am working a lot of hours due to switching departments and need an extension to read over everything thoroughly to file an effective pro se brief. If you would please grant me an extension it would be deeply appreciated. Thank you for your time.

Respectfully Yours,

April Hope Gallardo

April Gallardo

April H. Gallardo
340. 8th 4H
Slaton, TX 79364

LUBBOCK TX 794

20 JAN 2015 PM 2 L

Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, TX 79105-9540

7910539540